B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AGUADA COMMUNITY CLINIC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a  CLINICA SAN FRANCISCO DE AGUADA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **66-0582782** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**106 COLON ST.**<br>**AGUADA PR**<br>ZIP CODE  **00602** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**AGUADA** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX  592**<br>**AGUADA PR**<br>ZIP CODE  **00602** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**PO BOX 592**<br>**AGUADA,  PUERTO RICO**  | ZIP CODE  **00602** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9   Recognition of a Foreign<br>☐ Chapter 11   Main Proceeding<br>☐ Chapter 12 ☐ Chapter 15 Petition for<br>☐ Chapter 13  Recognition of a Foreign<br>     Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." ☐ Debts are primarily<br>business debts. |
|---|---|

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>**attach** signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check** one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or **affiliates**) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan **were** solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | ☑ 50-<br>99 | ☐ 100-<br>199 | ☐ 200-<br>999 | ☐ **1,000-<br>5,000** | ☐ 5,001-<br>10,000 | ☐ 10,001-<br>25,000 | ☐ 25,001-<br>50,000 | ☐ 50,001-<br>100,000 | ☐ Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☑ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$500,000 | ☐ $500,001 to<br>$1<br>million | ☐ $1,000,001<br>to $10<br>million | ☐ $10,000,001<br>to $50<br>million | ☐ $50,000,001<br>to $100<br>million | ☐ $100,000,001<br>to $500<br>million | ☐ $500,000,001<br>to $1 billion | ☐ More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | *O* $50,001 to<br>$100,000 | *O* $100,001 to<br>$500,000 | ☐ $500,001 to<br>$1<br>million | ☑ $1,000,001<br>to $10<br>million | ☐ $10,000,001<br>to $50<br>million | *O* $50,000,001<br>to $100<br>million | ☐ $100,000,001<br>to $500<br>million | ☐ $500,000,001<br>to $1 billion | ☐ **More** than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)                                                                                    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of **Debtor(s):**<br>**AGUADA COMMUNITY CLINIC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (**If more** than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or r Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (**e.g.**, forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or **15(d)** of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts) |
|---|---|
| | I, the **attorney** for the petitioner **named** in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have **explained** the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. **§ 342(b).** |
| ☐   Exhibit A is attached and made a part of this petition. | **X   Not Applicable**<br>Signature of Attorney for **Debtor(s)**          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a **part** of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor ▪ Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such **180** days than in any other District.

☐   There is a bankruptcy case concerning debtor's **affiliate.** general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check **all** applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, **after** the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the **30-day** period after the filing of the petition.

☐   Debtor certifies that **he/she** has served the Landlord with this certification. (11 U.S.C. **§ 362(l)).**

Official Form 1 (04107)                                                                                      FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): AGUADA COMMUNITY CLINIC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

### Signature of Attorney

X _(signature)_
Signature of Attorney for Debtor(s)

**F. DAVID GODREAU ZAYAS   Bar No.  123207**
Printed Name of Attorney for Debtor(s) / Bar No.

**LAMITER, BIAGGI, RACHID & GODREAU**
Firm Name

**PO BOX 9022512 SAN JUAN PT  00902-2512**
Address

**(787)724-0230                    (787)724-9171**
Telephone Number

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

Address

X **Not Applicable**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11. United States Code, specified in this petition.

X _(signature)_
Signature of Authorized Individual

**DR. EDGARD BAUCAGE**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C.§110; 18 U.S.C.§156.*

B6 Summary (Official Form 6 - Summary) (12107)

## United States Bankruptcy Court
## District of Puerto Rico

In re  **AGUADA COMMUNITY CLINIC**

Debtor

Case No. _____

Chapter   7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the 'Statistical  Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 3 | $        0.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $    5,682,808.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 14 | | $      77,924.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $    2,244,802.44 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 38 | $        0.00 | $    8,005,535.42 | |

B6D (Official Form 6D) (12107)

In re   AGUADA COMMUNITY CLINIC _____     Case No. _____

_____ Debtor                                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S **NAME** AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CO DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE **CLAIM** WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO **LIEN** | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF **CLAIM** WITHOUT **DEDUCTING** VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  101-0900-2287471-9002<br>BANCO POPULAR PR<br>PO BOX 70354<br>SAN JUAN PR  00936-8354 | | | MORTGAGE LOAN<br><br>VALUE $0.00 | | | X | 2,176,154.75 | 0.00 |
| ACCOUNT NO.<br>BANCO POPULAR PR<br>PO BOX 70354<br>SAN JUAN PR 00936-8354 | | | **LINE** OF CREDIT<br><br>VALUE $0.00 | | | | 65,960.99 | **0.00** |
| **ACCOUNT NO.**  101-0900-2287471-00011<br>BANCO POPULAR PR<br>PO BOX 70354<br>SAN JUAN PR  00936-8354 | | | MORTGAGE **LIEN**<br><br>VALUE $0.00 | | | | **1,924,999.40** | 0.00 |
| ACCOUNT NO.<br>COOP AHORRO Y **CREDITO** AGUADA<br>PO BOX 543<br>AGUADA PR 00602 | | | **LINEA** OF CREDIT<br>DR. BAUCAGE<br><br>VALUE $0.00 | | | | 425,000.00 | 0.00 |

1    continuation sheets attached

Subtotal ➢
(Total of this page)

| $ 4,592,115.14 | $ 0.00 |
|---|---|
| $ | $ |

Total ➢
(Use only on last page)

(Report also on **Summary** of
Schedules)

(If applicable, report
**also** on **Statistical
Summary** of Certain
Liabilities and
Related Data.)

B6D (Official Form 6D) (12107)- **Cont.**

**In re** AGUADA COMMUNITY CLINIC _____     Case No. _____
                        Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CO DEBTO | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTIGEN T | UNLIQUIDAT ED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CRIM**<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | | | 12108<br><br>VALUE $0.00 | | | | **529,251.80** | **0.00** |
| ACCOUNT NO.<br>EUROBANK<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | | | CREDIT OF LINE<br>**DR.COLON**<br><br>**VALUE** $0.00 | | | | 75,000.00 | 0.00 |
| ACCOUNT NO.<br>EUROBANK<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | | | CREDIT OF LINE<br>DR. BAUCAGE<br><br>VALUE $0.00 | | | | 50,000.00 | 0.00 |
| **ACCOUNT NO.** 3064002105<br>EUROBANK<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | | | LINE OF CREDIT GUARANTEE EQUIPMENT<br><br>**VALUE** $0.00 | | | | 361,441.44 | 0.00 |
| **ACCOUNT NO.** 3064001778<br>EUROBANK<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | | | LINE OF CREDIT GUARANTEE EQUIPMENT<br><br>**VALUE $0.00** | | | | 75,000.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(**T**otal of this page)

**$  1,090,693.24** **$       0.00**

Total ➤
(Use only on last page)

**$  5,682,808.38** **$       0.00**

(Report also on **Summary** o **Schedules**)     (If applicable, report also on Statistical **Summary** of Certain Liabilities and Related Data.)

B6E (Official **Form** 6E) (12107)

In re   **AGUADA COMMUNITY CLINIC**                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate **box(es)** below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor. or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. **§ 507(a)(1).**

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. **§ 507(a)(3).**

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950' per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. **§ 507(a)(4).**

☑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. **§ 507(a)(5).**

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400' per farmer or fisherman, against the debtor, as provided in 11 U.S.C. **§ 507(a)(6).**

☐   **Deposits by individuals**

Claims of individuals up to $2,425' for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. **§ 507(a)(7).**

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties. and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. **§ 507(a)(8).**

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was **intoxicated** from using alcohol, a drug, or another substance. 11 U.S.C. **§ 507(a)(10).**

* Amounts are subject to adjustment on April 1,2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**13  continuation sheets attached**

B6E (Official Form 6E) (12107) − Cont.

In re    AGUADA COMMUNITY CLINIC                                    Case No. _____
                    Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See *instructions* above.) | CODO OR | E. JOINT NITY, SBAND, OR CO | DATE C W M WAS INCURRED AND CONSIDERATION FOR **CLAIM** | ONT 'INEN T | UNIQI UIA TED | DISI PUE D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AGUSTIN** HERNANDEZ **SOTO**<br>CALLE JESUS RAMOS 424<br>MOCA PR 00676 | | | **VACATION**S | | | | 0.00 | **2,903.41** | $0.00 |
| ACCOUNT NO.<br>**AIDA RODRIGUEZ** CORTES<br>HC 59 BOX 6255<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 4,779.1 3 | $0.00 |
| ACCOUNT NO.<br>**ANNETTE CARDONA** COLON<br>PO BOX 705<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | **1,149.92** | $0.00 |
| ACCOUNT NO.<br>BRENDA HERNANDEZ LOPEZ<br>PO BOX 4969<br>**AGUADILLA** PR  00605 | | | VACATIONS | | | | **0.00** | **517.46** | **$0.00** |
| ACCOUNT NO.<br>**CARLO** ALERS, MD<br>HC 03 BOX 29610<br>AGUADA PR 00602 | | | PROFESSIONAL SERVICES | | | | **720.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>CARMEN M. GUZMAN **VADI**<br>CALLE SAN FRANCISCO **#228**<br>AGUADA PR  00602 | | | VACATIONS | | | | 0.00 | **1,376.35** | $0.00 |

Sheet no. **1** of **13** continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ⟩
(Totals of this page)       $   **720.00**   $   **10,726.27** $   **0.00**

Total ⟩
(Use only on last page of the completed
Schedule E. Report also on the **Summary** of
Schedules.)      $

Total ⟩
(**Use only** on last page of the completed
Schedule E. If applicable, report also on **the**
Statistical **Summary** of Certain Liabilities and
Related Data.)      $            $

B6E (Official Form 6E) (12107) – Cont.

In re   AGUADA COMMUNITY CLINIC                                    Case No. _____
_____,                                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO D | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE C W M WAS INCURRED AND CONSIDERATION FOR CW M | CONTINGENT | UNLIQIDAT ED | DISUTE D | AMOUNT OF CLAIM | AMOUNT ENTITLEDTO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CARMEN VERA DELGADO<br>**COMUNIDAD** LAS FLORES<br>BUXON 29  CALLE **ALELI**<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 1,316.37 | **$0.00** |
| ACCOUNT NO.<br>**CLARIBEL** PEREZ **ECHEVARIA**<br>HC 56 BOX 4662<br>BARRIO NARANJO<br>AGUADA PR  00602 | | | VACATIONS | | | | 0.00 | 2,177.74 | $0.00 |
| ACCOUNT NO.<br>CUESTSY **BONILLA** GARCIA<br>RR 02 BOX 4630<br>BARRIO QUEBRADA LARGA<br>ANASCO PR 00610 | | | VACATIONS | | | | 0.00 | 1,200.00 | $0.00 |
| ACCOUNT NO.<br>**DAMARIS** ROMAN MUNUZ<br>**APARTADO** 1445<br>**RINCON** PR  00677 | | | VACATIONS | | | | 0.00 | 1,200.00 | $0.00 |
| ACCOUNT NO.<br>**DAMARIS RUBIO** LOPEZ<br>URB ISABEL LA **CATOLICA C-1** B8<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 1,200.00 | $0.00 |
| ACCOUNT NO.<br>DANIEL ALVAREZ RIVERA<br>SECTOR EL **COBO**<br>**AGUADILLA** PR 00603 | | | VACATIONS | | | | 0.00 | 276.1 5 | $0.00 |

Sheet no.  2  of  13  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► (Totals of this page) | $ | 0.00 | $ | 7,370.26 |$ | 0.00 |

Total  ►
(Use only on **last** page of **the** completed Schedule E. Report also on the Summary of Schedules.)   $

Total  ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related **Data**. )   $   $

B6E (Official Form 6E) (12107) − Cont.

In re     AGUADA COMMUNITY CLINIC                                          Case No. _____
_____                                                (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO | OR | HUSBAND, WIFE, JOINT OR COMMUN | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | LIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DANNYACEVEDOCRESPO<br>PO BOX 1071<br>AGUADA PR  00602 | | | | **VACATIO**NS | | | | 0.00 | 345.00 | $0.00 |
| ACCOUNT NO.<br>DIANA E SANTIAGO **ROSARIO**<br>BARRIO **COSTO PASTILLO #3**<br>**ISABELA** PR  00662 | | | | **VACATIO**NS | | | | 0.00 | 4,892.83 | $0.00 |
| ACCOUNT NO.<br>**DIEGO** CANABAL<br>PO  BOX 286<br>**ISABELA** PR 00662 | | | | VACATIONS | | | | 0.00 | 92.05 | $0.00 |
| ACCOUNT NO<br>EDGAR ROMAN MEDINA<br>HC 04 BOX 45715<br>**AGUADILLA** PR 00603 | | | | VACATIONS | | | | 0.00 | 966.86 | $0.00 |
| ACCOUNT NO<br>**ERICK** SANTIAGO, MD<br>PO BOX 1315<br>**RINCON** PR 00677 | | | | PROFESSIONAL SERVICES | | | | 11,692.00 | 0.00 | $0.00 |
| ACCOUNT NO<br>EVELYN MUNUZ **SANTI**<br>URB EXT. **JARDINES** DE AGUADA<br>E3 BUZON 15<br>AGUADA PR 00602 | | | | VACATIONS | | | | 0.00 | **5,362.90** | $0.00 |

Sheet no.  3 of  13 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $  **11,692.00** | $  **11,659.64** $  **0.00** |
| Total  b<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  $ |

B6E (Official Form 6E) (12107) − Cont.

In re    AGUADA COMMUNITY CLINIC                                    Case No. _____
_____                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CW M WAS INCURRED AND CONSIDERATION FOR C W M | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FELIX RIVERA **JUSINO** PO BOX 1510 AGUADA PR 00602 | | | PROFESSIONAL SERVICES | | | | 0.00 | 215.78 | $0.00 |
| ACCOUNT NO. FLOR M. MORALES BONET BOX 1276 AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 3,656.39 | $0.00 |
| ACCOUNT NO. GLADYS VARGAS **CAPELLA** CALLE A 145 RAMEY **AGUADILLA** PR 00603 | | | PROFESSIONAL SERVICES | | | | 0.00 | 307.77 | $0.00 |
| ACCOUNT NO. GLENDA I TRAVERSO MENDOZA HC 03 BOX 29820 **AGUADA PR 00602** | | | **VACATIONS** | | | | 0.00 | 5,121.71 | $0.00 |
| ACCOUNT NO. **GRISEL** M **TERRON** HERNANDEZ HC 03 BOX 18408 **QUEBRADILLAS** PR 00678 | | | VACATIONS | | | | 0.00 | 1,525.30 | $0.00 |
| ACCOUNT NO. HECTOR GALLOZA GONZALEZ URB. SAN FRANCISCO AGUADA  PR 00602 | | | VACATIONS | | | | 0.00 | 46.02 | $0.00 |

Sheet no.  4 of  13 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▷  |  $      0.00  | $   10,872.97 | $      0.00

Total  ▷  $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total  ▷  |  $  | $
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )



B6E (Official Form 6E) **(12/07)** − Cont.

In re    AGUADA COMMUNITY CLINIC                                    Case No. _____
                                                                              (If known)
        _____
                    Debtor

# SCHEDULE E · CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See *instructions* above.) | ODE OR | WIFE, JOINT OR HUSBA MMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**HEIDY** LOPEZ **NIEVES**<br>PO BOX 1151<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 762.00 | $0.00 |
| ACCOUNT NO<br>HILDA **SOTO BENIQUEZ**<br>HC 03 BOX 32110<br>AGUSDA PR 00602 | | | **VACATIONS** | | | | **0.00** | **1,200.00** | **$0.00** |
| ACCOUNT NO.<br>**IVETTE** LOPEZ ACEVEDO<br>ALTURAS DE AGUADA  D-18<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 1,286.20 | $0.00 |
| ACCOUNT NO.<br>JAIME SANCHEZ PONCE<br>PO BOX 733<br>**AGUADAILLA** 00605 | | | **VACATIONS** | | | | **0.00** | **1,200.00** | **$0.00** |
| ACCOUNT NO<br>**JAVIER** E. **CARLO** HIDALGO<br>SANTIAGO **IGLESIAS** 9<br>MAYAGUEZ PR  00685 | | | **VACATIONS** | | | | **0.00** | 392.95 | **$0.00** |
| ACCOUNT NO<br>JEANNETTE **FELICIANO FIGUEROA**<br>CALLE SAN **NARCISO #228**<br>AGUADA PR 00602 | | | **VACATIONS** | | | | **0.00** | 6,319.32 | **$0.00** |

Sheet no. **5** of **13** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)    $      **0.00**  $    **11,160.47** $      **0.00**

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Dala. )    $            $

B6E (Official Form 6E) (12107) - Cont.

In re  AGUADA COMMUNITY CLINIC
_____
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See *instructions* above.) | CO D | HUBAND,WIF E,JOINT OR COMMU NITY | DATE CW M WAS **INCURRED** AND CONSIDERATION FOR CW M | TINGENT | UNLIQUIDAT | DISPUTED | AMOUNT OF CLAIM | AMOUNT **ENTITLED TO** PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JESUS **NIEVES** ALONSO<br>**EMB 92** CALLE PROGRESO **14**<br>**AGUADILLA** PR 00676 | | | VACATIONS | | | | 0.00 | 1,322.21 | $0.00 |
| ACCOUNT NO.<br>JESUS **YAPOR** FADUL, MD<br>PO BOX **1567**<br>MOCA PR  00676 | | | PROFESSIONAL SERVICES | | | | 17,961.00 | 17,961.00 | $0.00 |
| ACCOUNT NO.<br>JORGE ROMAN, MD<br>PO BOX **56**<br>AGUADA PR | | | PROFESSIONAL SERVICES | | | | 2,362.20 | 0.00 | $0.00 |
| ACCOUNT NO.<br>JUAN M. GONZALEZ, MD<br>PO BOX **1807**<br>**RINCON** PR 00677 | | | PROFESSIONAL SERVICES | | | | 11,116.20<br><br>0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>JUDITH M. **MEDINA DAVILA**<br>HC **57** BOX 15660<br>AGUADA PR **00602** | | | **VACATIONS** | | | | | 2,283.80 | $0.00 |
| ACCOUNT NO.<br>**KATHIRIA** E. RIVERA MORALES<br>URB ALTURAS C-3<br>AGUADA PR  **00602** | | | VACATIONS | | | | 0.00 | 276.16 | $0.00 |

Sheet no.  6  of  13  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

| $ 31,439.40 | $ 21,843.17 | $ 0.00 |
|---|---|---|

Total ➤
(Use only on last page of lhe completed
Schedule E. Report also on the Summary of
Schedules.)

$ | | |

Total ➤
(Use only on last page of the completed
Juli E. **If applicable, report also on the**
Statistical Summary f Certain Liabilities and
Related Data. )

| | $ | $ |

B6E (Official Form 6E) **(12/07) − Cont.**

In re   AGUADA COMMUNITY CLINIC                    ,                    Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E · CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, **MAILING** ADDRESS INCLUDING ZIP CODE, **AND ACCOUNT NUMBER** (See *instructions* above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CWMWAS INCURRED AND CONSIDERATION FOR C W M | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LEGNA L. HERNANEZ **MUNIZ**<br>URB LA MOMSERRATE<br>CALEL DEL **PILAR #453**<br>MOCA PR   00676 | | | VACATIONS | | | | 0.00 | **3,903.48** | $0.00 |
| ACCOUNT NO.<br>LESME **VALENTIN GUILLET**<br>HC 57 BOX 9506<br>AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 844.28 | $0.00 |
| ACCOUNT NO.<br>**LIDA** BAUCAGE, MD<br>PO BOX 1226<br>MOCA PR  00676 | | | PROFESSIONAL SERVICES | | | | 240.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**LILIBETH FIGUEROA** LOPEZ<br>HC-4 BOX 16487<br>MOCA PR 00676 | | | VACATIONS | | | | 0.00 | 637.01 | $0.00 |
| ACCOUNT NO.<br>MADELINE CAMPOS COLON<br>B 27 AVE. **RUIZ** ROSA<br>SAN **SEBASTIAN** PR  00685 | | | VACATIONS | | | | 0.00 | **1,247.77** | $0.00 |
| ACCOUNT NO.<br>MADELINE **VALENTIN CHICO**<br>PO BOX 1154<br>ANASCO PR  00602 | | | VACATIONS | | | | 0.00 | 1,391.36 | $0.00 |

Sheet no.  7 of  13 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

$ **240.00** | $ **8,023.90** | $ **0.00**

Total ▶
(Use only on last page of the **completed** Schedule E. Report also on the **Summary** of Schedules.)

$

Total ▶
(Use only on last page of the **completed** Schedule E. If applicable, report also on the **Statistical Summary** of Certain Liabilities and Related Data. )

$          $

B6E (Official Form 6E) (12107) – **Cont.**

In re   AGUADA **COMMUNITY** CLINIC _____   Case No. _____
                          Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, **MAILING** ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO DEO R | HSBAND, WIJE, JOINT OR CO MM NITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR **CLAIM** | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MARGARITA** ACEVEDO LOPEZ <br> HC **01** BOX **6861** <br> MOCA PR  **00676** | | | VACATIONS | | | | 0.00 | 432.58 | $0.00 |
| ACCOUNT NO. <br> **MARIBEL** RIVERA TORRES <br> HC **04** BOX **47782** <br> BARRIO QUERADO <br> MAYAGUEZ PR **00680** | | | VACATIONS | | | | 0.00 | 6,229.78 | $0.00 |
| ACCOUNT NO <br> **MARIBETH JIMENEZ** CORTES <br> HC 59 BOX **5344** <br> AGUADA PR **00602** | | | VACATIONS | | | | 0.00 | 1,200.00 | $0.00 |
| ACCOUNT NO <br> MICHAEL RODRIGUEZ GONZALEZ <br> HC **05** BOX **50045** <br> **AGUADILLA** PR 00603-9517 | | | VACATIONS | | | | 0.00 | 6,245.33 | $0.00 |
| ACCOUNT NO <br> **MIRIANM PADIN** SANTIAGO <br> SECTOR HOYO **FRIO 102** <br> AGUADA PR **00602** | | | VACATIONS | | | | 0.00 | 1,448.97 | $0.00 |
| ACCOUNT NO <br> MONSERRATE MENDEZ AGRONT <br> **APARTADO 1700** <br> AGUADA PR **00602** | | | VACATIONS | | | | 0.00 | 645.84 | $0.00 |

Sheet no.  **8** of  **13** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶  (Totals of this page)  $ 0.00 | $ 16,202.50 | $ 0.00

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical **Summary** of Certain Liabilities and Related Data. )  $  $

B6E (Official Form 6E) (12107) − Cont.

In re    AGUADA COMMUNITY CLINIC                                    Case No. _____
                                                                                      (If known)
                        Debtor

# SCHEDULE E − CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, **MAILING** ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO  ETO  R | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE **CLAIM** WAS INCURRED AND CONSIDERATION FOR C**LAIM** | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT **ENTITLED TO** PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MYRIAN BONILLA RIOS** HC 56 BOX 4423 AGUADA PR  00602 | | | VACATIONS | | | | 0.00 | 1,670.78 | $0.00 |
| ACCOUNT NO. MYRNA SANCHEZ VAZQUEZ HC 56 BOX 34760 AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | **6,289.62** | $0.00 |
| ACCOUNT NO. **NITZA** L. **BENIQUEZ** CORCHADO 664 CARR 112 **ISABELAS** PR 00662 | | | VACATIONS | | | | 0.00 | 1,014.08 | $0.00 |
| ACCOUNT NO. **NYDIA** CABALLERO LOZANO CALLE 7 **#730** A **AGUADILLA** PR 00603 | | | VACATIONS | | | | 0.00 | 779.20  2,052.30 | $0.00 |
| ACCOUNT NO. **NYDIA I** CHAPARRO GUERRA PO BOX 5000 SUITE 117 AGUADA PR  00602 | | | **VACATIONS** | | | | **0.00** | | $0.00 |
| ACCOUNT NO. OSCAR LOPEZ LOPEZ BOX 883 AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | 988.14 | $0.00 |

Sheet nO. _9_ of _13_ continuation sheets attached t0 Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $            0.00 | $   12,794.12 | $            0.00 |
| Total ➤ (Use only on last page of the **completed** Schedule E. Report also on the **Summary** of Schedules.) | $ | | |
| Total ➤ (Use only on last page of the **completed** Schedule E. If applicable, report also on the Statistical **Summary** of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (12107) – Cont.

In re   AGUADA COMMUNITY CLINIC _____          Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO DEBTOR | HUSBAND WIF E, JOINT OR COMMU NITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C¬TI NGN T | UNQU IDATED | DISP¬RUTE | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PROVIDENCIA ORFILA**<br>HC **03** BOX **34393**<br>AGUADA PR **00602** | | | VACATIONS | | | | 0.00 | 2,873.56 | $0.00 |
| ACCOUNT NO.<br>RAUL **NIEVES** RODRIGUEZ<br>**URB** LAS AMERICAS<br>CALLE **BRASIL #15**<br>AGUADILLA PR  **00676** | | | VACATIONS | | | | 0.00 | 3,003.04 | $0.00 |
| ACCOUNT NO.<br>ROSA M VARGAS **SOTO**<br>HC **58** BOX **12310**<br>AGUADA PR **00602** | | | VACATIONS | | | | 0.00 | 1,037.20 | $0.00 |
| ACCOUNT NO.<br>ROSA PAGAN VARGAS<br>PO BOX **4623**<br>AGUADILLA PR **00605** | | | **VACSTIONS** | | | | 0.00 | 460.25 | $0.00 |
| ACCOUNT NO.<br>**RUTILIO** HERNANDEZ, MD<br>PO BOX **3613**<br>AGUADILLA PR **00605** | | | **PROFESDIONAL** SERVICES | | | | 8,698.20 | 0.00 | $0.00 |
| ACCOUNT NO.<br>SANDRA C. BAUCAGE PEREZ<br>HC **02** BOX **18765**<br>SAN **SEBASTIAN** PR 00685 | | | VACATIONS | | | | 0.00 | 2,734.91 | $0.00 |

Sheet no. __10__ of __13__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶  $ 8,698.20 | $ 10,108.96 | $ 0.00
(Totals of this page)

Total  ➤    $
(Use only on last page of the **completed**
Schedule E. Report also on the **Summary** of
Schedules.)

Total  ➤
(Use only on last page of the **completed**
Schedule E. If applicable, report also on the
**Statistical Summary** of Certain **Liabilities** and
Related Data. )

B6E (Official Form 6E) (12107) – Cont.

In re   AGUADA **COMMUNITY** CLINIC                               , Case No. _____
                         Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, **MAILING** ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | OR OD | HBSBA, H(D)WIFE, JOINT OR COMMUNITY | DATE CWM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTING T | UNLIQUIDED | DISPUTED | AMOUNT OF CLAIM | AMOUNT **ENTITLED TO** PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, **IF** ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SONIA **FIGUEROA FELICIANO** **GUANAJIBO** GARDENS, 407 **ENRIQUE** **SEDA** MAYAGUEZ PR  00682-1383 | | | VACATIONS | | | | 0.00 | **193.31** | $0.00 |
| ACCOUNT NO. <br> VANESSA TORRES VARGAS HC 09 BOX 97103 SAN **SEBASTIAN** PR 00685 | | | VACATIONS | | | | 0.00 | 1,200.00 | $0.00 |
| ACCOUNT NO. <br> WALDEMAR **VALENTIN CARO** PO BOX 859 AGUADA PR 00602 | | | VACATIONS | | | | 0.00 | **1,200.00** | $0.00 |
| ACCOUNT NO. <br> WANDA BOURDON ROMAN PO BOX 4148 **AGUADILLA**  PR 00605 | | | VACATIONS | | | | 0.00 | 645.85 | $0.00 |
| ACCOUNT NO. <br> WANDA **I CABAN FELICIANO** HC 59 BOX 5188 AGUADA PR  00602 | | | VACATIONS | | | | 0.00 | 3,530.78 | $0.00 |
| ACCOUNT NO. <br> **WANDALIZ GONZALEZ** HC-05 BOX 10395 MOCA PR 00676 | | | VACATIONS | | | | 0.00 | 3,444.64 | $0.00 |

Sheet no.  11  of  13  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| $ | 0.00 | $ | 10,214.58 | $ | 0.00 |

Total ➤
(Use only on last page of the completed Schedule E. Report also on the **Summary** of Schedules.)

| $ | | |

Total ➤
(Use only on last page of the **completed** Schedule E. If applicable, report also on the Statistical **Summary** of **Certain** Liabilities and Related Data. )

| $ | $ |



B6E (Official Form 6E) (12107) − Cont.

In re   AGUADA COMMUNITY CLINIC _____   Case No. _____
_____                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See *instructions above.*) | CODEBTO R | HUSBND, WIF E, JOINT ORCOMMU NITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTI NGENT | UNLIQU IDATED | DISP PUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**YAMIRA** DEL C. **LUGO ROSARIO**<br>EXT. EL PRADO **81**<br>**AGUADILLA 00767** | | | VACATIONS | | | | 0.00 | 6,260.28 | $0.00 |
| ACCOUNT NO.<br>**YESENIA** ACEVEDO **QUILES**<br>HC 07 BOX **71633**<br>SAN **SEBASTIAN** PR **00685** | | | **VACSTIONS** | | | | 0.00 | 1,568.21 | $0.00 |
| ACCOUNT NO.<br>**ZAIDA** RAMOS GONZALEZ<br>PO BOX **143**<br>BARRIO **PIEDRAS** BLANCAS<br>AGUADA PR  **00602** | | | VACATIONS | | | | 0.00 | 1,292.06 | $0.00 |
| ACCOUNT NO.<br>**ZOBEIDA** CRESPO<br>CALLE SAN FRANCISCO **#228**<br>AGUADA PR  **00602** | | | **VACATIO**N | | | | 0.00 | 1,955.07 | $0.00 |

Sheet no.  12  of  13  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals>                    $  **0.00**  $ **11,075.62** $ **0.00**
(Totals of this page)

Total  ≻                      $
(Use only on last page of the completed
Schedule E. Report also on the S u m r y of
Schedules.)

Total  ≻                              $          $
(Use only on last page of the **completed**
Schedule E. If applicable, report also on the
**Statistical** S u m r y of Certain Liabilities and
Related Data. )

B6E (Official Form 6E) **(12/07)** − Cont.

In re  AGUADA **COMMUNITY** CLINIC _____  Case No. _____
                        Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type** of Priority:  Contributions to **Employee** Benefit Plans

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODE O R | H W SBA N D W I F E J O I N T OR COMU N I TY | DATE C W M WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N TIN  E N T | U N LI Q I I | D I S L | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DEPARTAMENTO DEL TRABAJO<br>500 MUNOZ RIVERA AVE<br>FLOOR 9<br>SAN JUAN PR 00918 | | | **UNEMPLOYMENT/DISABILITY** | | | | 20,935.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>IRS<br>MERCANTIL PLAZA BLDG.<br>SUITE 904 STOP 12 112<br>POCE DE LEON AVE.<br>SAN JUAN PR  00918 | | | 940 PR | | | | 4,200.00 | 4,200.00 | $0.00 |
| ACCOUNT NO.<br>IRS<br>PHILADELPHIA PA 19255 | | | **941PR/FORM1120/940PR** | | | | 0.00 | 100,000.00 | $0.00 |

Sheet no.  __13__ of  __13__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| $ | 25,135.00 | $ | **104,200.00** | $ | 0.00 |
|---|---|---|---|---|---|

Total ➤
(Use only on last page of the completed Schedule E. Report also on the **Summary** of Schedules.)

| $ | **77,924.60** | | |
|---|---|---|---|

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | | $ | **246,252.46** | $ | 0.00 |
|---|---|---|---|---|---|

B6F (Official Form 6F) **(12/07)**

**In re**   **AGUADA COMMUNITY CLINIC**

Case No. _____

Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR C W M. IF C W M IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF C W M |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AAA** <br> **PO BOX 70101** <br> **SAN JUAN, PR 00936-8101** | | | **WATER RESOURCES** | | | | **27,534.36** |
| ACCOUNT NO. <br> **ABBOT LABORATORIES PR** <br> **PO BOX 46706** <br> **CAROLINA PR  00984** | | | **MEDICAL SUPPLIES** | | | | **3,246.20** |
| ACCOUNT NO. <br> **ABREU'S AIR CONDITIONING** <br> **PO BOX 1334** <br> **SAN JUAN PR  00662** | | | **MAINTENANCE** | | | | **1,095.00** |
| ACCOUNT NO. <br> **ADP** <br> **3350 SW 148TH AVE** <br> **MIRAMAR, FL 33027** | | | **PUNCH PROGRAM EMPLOYEE** | | | | **9,696.06** |
| ACCOUNT NO. <br> **ADVANCED OFFICE SUPPLIES** <br> **PO BOX 3787** <br> **AGUADILLA, PR 00605** | | | **PHOTOCOPY** | | | | **365.00** |

13   Continuation sheets attached

Subtotal  ➤  $           **41,936.62**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12107) - Cont.

**In re**  AGUADA COMMUNITY CLINIC                              Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED **NONPRIORITY** CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, **MAILING** ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF **CLAIM** IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **AEE** DE PR PO BOX 363508 SAN JUAN PR  00936-3508 | | | ELECTRICITY | | | | 112,650.02 |
| ACCOUNT NO. AGUADA EXTERMINATING HC-57 BOX 9987-25 AGUADA PR 00602 | | | EXTERMINATING | | | | 1,125.00 |
| ACCOUNT NO. **ALPHA BIOMEDICAL INC.** PO BOX 670 CAGUAS PR 00726 | | | LABORATORIES **SERCIVES** | | | | 865.00 |
| ACCOUNT NO. AMASADEEL INC URB LAS **LOMAS** U-3 CARR 21  T-5 SAN JUAN PR 00921 | | | INVOICES CO. | | | | 14,416.59 |
| ACCOUNT NO. BMET MEDICAL EQUIPMENT SERVICES 807 MUNOZ RIVERA ST. PENUELAS PR  00624 | | | **BIOMDECIAL EQUIPMEMT** MAINTENANCE | | | | 3,500.00 |

Sheet no.  1  of 13  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $           132,556.61

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12107) · Cont.

**In re**  AGUADA COMMUNITY CLINIC _____     Case No. _____
Debtor                                                   (If known)

# SCHEDULE F · CREDITORS HOLDING UNSECURED **NONPRIORITY** CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 35,770.11 |
| BORSHOW HOSPITAL & MEDICAL SUPPLIES INC. PO BOX 366211 GENERAL POST OFFICE SAN JUAN PR  00936-6211 | | | MEDICAL SUPPLIES | | | | |
| ACCOUNT NO. | | | | | | | 894.50 |
| CABAN ELECTRICAL SERVICES JOSE L. CABAN HC-01 BOX 9627 SAN SEBASTIAN , PR 00685 | | | ELECTRICAL DERVICES | | | | |
| ACCOUNT NO. | | | | | | | 27,488.81 |
| CARIBBEAN MEDICAL TESTING (CMT) PO BOX 192071 SAN JUAN PR  00919-2071 | | | LABORATORIES | | | | |
| ACCOUNT NO. | | | | | | | 189.60 |
| CENTENNIAL DE PR PO BOX 192071 SAN JUAN PR  00936-8614 | | | CELULAR | | | | |
| ACCOUNT NO. | | | | | | | 7,650.33 |
| CLENDO REFERENCE LABORATORY PO BOX 549 BAYAMON PR  00960 | | | LABORATORIES | | | | |

Sheet no.  2 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤      71,993.35

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, If applicable on the **Statistical**
Summary of **Certain Liabilities** and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   AGUADA COMMUNITY CLINIC _____     Case No. _____
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED **NONPRIORITY** CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See *instructions* above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF C W M IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cooperativa de **A/C/** Aguada <br> PO BOX 543 <br> AGUSDA PR 00602 | | | CREDIT **LINE** (DR. BAUCAGE) | | | | 425,000.00 |
| ACCOUNT NO. <br> CORP **FONDO** DEL SEGURO DE ESTADO <br> PO BOX 336 <br> AGUADILLA PR  00605 | | | EMPLOYEE INSURANCE | | | | 33,418.26 |
| ACCOUNT NO. <br> **CRIM** <br> PO BOX 195387 <br> SAN JUAN PR 00919-5387 | | | TAXES | | | | 539,251.80 |
| ACCOUNT NO. <br> DEPT. OF LABOR <br> 500 MUNOZ RIVERA AVE. <br> FLOOR 9 <br> SAN JUAN PR 00918 | | | UNEMPLOYMEND OWED | | | | 21,935.00 |
| ACCOUNT NO <br> DEPT. OF TREASURY <br> BOX 442 CENTRO **GUBERNAMENTAL** 7 **PISO** <br> AGUADILLA PR  00603 | | | TAXES | | | | 168,931.69 |

Sheet no.  3  of **13** continuation sheets attached to Schedule of Creditors Holding Unsecured **Nonpriority** Claims

Subtotal   3   $ 1,188,536.75

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, If applicable on the Statistical Summary of **Certain Liabilities** and Related Data.)

B6F (Official Form 6F) (12107) • Cont.

In re   AGUADA COMMUNITY CLINIC _____        Case No. _____
                         Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED **NONPRIORITY** CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR C W M. IF C W M IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DIANA **RAMIREZ** GALLOZA <br> HC 04 BOX 44867 <br> AGUADILLA PR  00603 | | | PROFESSIONAL SERVICES | | | | 160.00 |
| ACCOUNT NO. <br><br> DISCOUNT GENERICS <br> PO BOX 366937 <br> SAN JUAN, PR 00936-6937 | | | PHARMACY (MEDICINES) | | | | 11,671.13 |
| ACCOUNT NO. <br><br> DR. **MARINI** <br> PO BOX 5218 <br> AGUADILLA,  PR 00605 | | | PERSONAL LOAN | | | | 50,000.00 |
| ACCOUNT NO. <br><br> DRUGS UNLIMITED INC <br> PO BOX 11797 <br> SAN JUAN PR  00910-2897 | | | PHARMACY | | | | 11,671.13 |
| ACCOUNT NO. <br><br> ELLIOT ACEVEDO **SOTO** <br> HC-02 BOX 11916 <br> MOCA PR 00676 | | | PROFESSIONAL SERVICES | | | | 6,600.00 |

Sheet no.  4 of **13** continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     **80,102.26**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, If applicable on the **Statistical**
Summary of Certain **Liabilities** and Related Data.)

B6F **(Official Form** 6F) **(12107)** • Cont.

**In re**  AGUADA COMMUNITY CLINIC                              Case No. _____
                                   Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED **NONPRIORITY** CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EUROBANK<br>c/o SRA. **BEATRIZ RECONDO**<br>PO BOX 191009<br>SAN JUAN PR  00919-1009 | | | TWO LOANS AND TWO CREDIT **LINE** | | | | 523,121.37 |
| ACCOUNT NO.<br><br>F. BARAGANO INC.<br>PO BOX 364421<br>SAN JUAN PR  00936-4421 | | | SUPPLY | | | | 308.50 |
| ACCOUNT NO.<br><br>**FERRETERIA** CESAR<br>HC- 05 BOX 57550<br>**AGUADILLA** PR  00603-9588 | | | HARDWARE | | | | 1,020.16 |
| ACCOUNT NO.<br><br>GALLOZA PEST CONTROL<br>BO. JAGUEY CARR. 411<br>AGUADA, PR 00602 | | | EXTERMINATING | | | | 500.00 |
| ACCOUNT NO.<br><br>GE HEALTHCARE<br>792 SAN **PATRICIO** AVE<br>SAN JUAN PR  00928 | | | MEDICAL DIAGNOSTIC | | | | 984.00 |

Sheet no.  5 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     525,934.03

Total ➤ $

**(Use** only on last **page** of the completed Schedule **F.)**
(Report also on Summary of Schedules and, **if** applicable on the **Statistical**
Summary of **Certain Liabilities** and Related Data.)

B6F (Official Form 6F) (12107) - Cont.

In re   **AGUADA COMMUNITY CLINIC** _____   Case No. _____
Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTR | HOBAND WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTING CNT | UNLIKUIDAGIED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 336.00 |
| GENTECH BIOMEDICAL INC<br>PO BOX 192438<br>SAN JUAN PR  00919-2438 | | | MAINTENANCE | | | | |
| ACCOUNT NO | | | | | | | 2,597.51 |
| HENRY SHEIN<br>BOX 371952<br>PITTSBURGH, PA 15250-7952 | | | PHARMACY | | | | |
| ACCOUNT NO | | | | | | | 27,534.36 |
| HENRY SHEIN<br>PO BOX 70101<br>SAN JUAN PR  00936-8101 | | | WATER RESOURCE | | | | |
| ACCOUNT NO | | | | | | | 0.00 |
| INTERNATIONAL MANAGEMENT CARE<br>1870  A  SAN ANTONIO ST.<br>SAN JUAN PR  00909 | | | SUPPLY | | | | |
| ACCOUNT NO | | | | | | | 3,000.00 |
| JUAN CRUZ<br>URB MONTEMAR #16<br>AGUADA PR 00602 | | | PROFESSIONAL SERVICES | | | | |

Sheet no.  6  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      33,467.87

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

**In re**  **AGUADA** COMMUNITY CLINIC _____

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED **NONPRIORITY** CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, **MAILING** ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE C W M WAS INCURRED AND CONSIDERATION FOR CLAIM. IF **CLAIM** IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF **CLAIM** |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>LAB TOLEDO<br>CALLE **PALMA #51**<br>**ARECIBO** PR  **00612** | | | LABORATORIES | | | | 3,135.34 |
| ACCOUNT NO. <br><br>LAB WAREHOUSE INC<br>65 INF. ESQ. **CONCORDIA**<br>LAJAS PR  **00667** | | | SUPPLY | | | | 3,189.06 |
| ACCOUNT NO. <br><br>**LABORATORIO CLINICA** TOLEDO<br>**51 PALMA** ST.<br>**ARECIBO** PR  **00602** | | | LABORATORIES | | | | 3,135.34 |
| ACCOUNT NO. <br><br>**LIFE** IMAGING<br>PMB **074** PO BOX **8901**<br>**HATILLO** PR 00659-8901 | | | RADIOLOGY SERVICES | | | | 713.20 |
| ACCOUNT NO. <br><br>**MALLINCKRODT** (TYCO HEALTH CARE)<br>GPO BOX **71416**<br>SAN JUAN PR  **00936-1416** | | | SUPPLY | | | | 914.43 |

Sheet no. _7_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **11,087.37**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the **Statistical** Summary of **Certain Liabilities** and Related Dab.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AGUADA COMMUNITY CLINIC** _____          Case No. _____
                                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MASS**<br>**PO BOX 397**<br>**MANATI PR 00674** | | | **INVOICES PROGRAM** | | | | 1,232.04 |
| ACCOUNT NO.<br>**MILLIPORE CORP. PR BRANCH**<br>**2855 PAYSPHERE CIRCLE**<br>**CHICAGO, IL  60674** | | | **SUPPLY** | | | | 891.62 |
| ACCOUNT NO.<br>**MM PALACIOS**<br>**COND LA COLUNA APT. 802**<br>**2023 CARR 177**<br>**GUAYNABO PR 00969-5164** | | | **SUPPLY** | | | | 0.00 |
| ACCOUNT NO.<br>**MORENO COMPUTER CONSULTANTS**<br>**21 GEORGETTI**<br>**BARCELONETA PR 00617** | | | **COMPUTER SYSTEMS** | | | | 1,938.52 |
| ACCOUNT NO.<br>**MULTI DIAGNOSTIC MODALITIES**<br>**28353 CONNIE COURT**<br>**CANYON COUNTRY, CA 91351** | | | **RAYOS X** | | | | 9,500.00 |

Sheet no.  8  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **13,562.18**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the **Statistical
Summary of Certain Liabilities** and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AGUADA COMMUNITY CLINIC** _____     Case No. _____
Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NIPRO MEDICAL**<br>**PO BOX 810263**<br>**CAROLINA PR 00981-0263** | | | **SUPPLY EQUIPMENT** | | | | 1,708.65 |
| ACCOUNT NO.<br><br>**NORTH WEST SECURITY MANAGEMENT**<br>**PO BOX 865**<br>**AGUADA PR 00602** | | | **SECURITY** | | | | 25,145.40 |
| ACCOUNT NO.<br><br>**PR FLOORS SERVICE INC**<br>**URB RADIOVILLE**<br>**AVE RAFAEL COLON CASTRO #4**<br>**ARECIBO PR 00612** | | | **MAINTENANCE MATERIAL** | | | | 1,613.42 |
| ACCOUNT NO.<br><br>**PRAXAIR PUERTO RICO**<br>**PO BOX 70372**<br>**SAN JUAN PR 00936-8352** | | | **OXIGEN** | | | | 1,337.56 |
| ACCOUNT NO.<br><br>**PUERTAS Y VENTANAS LOPEZ**<br>**CARR. 115 KM 26.5**<br>**BO. TABONAL**<br>**AGUADA PR 00602** | | | **MAINTENANCE** | | | | 175.00 |

Sheet no. _9_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **29,980.03**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __AGUADA COMMUNITY CLINIC__              Case No. _____
                         **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Q&S POWER SYSTEMS INC.**<br>**MSC 924**<br>**SUITE 500**<br>**AGUADA PR 00602** | | | **SERVICES** | | | | 150.00 |
| ACCOUNT NO.<br><br>**QUANTUM PRODUCTS**<br>**PO BOX 16451**<br>**IRVINE, CA 92623** | | | **SUPPLY** | | | | 845.00 |
| ACCOUNT NO.<br><br>**QUICK PRINTING**<br>**105 COLON ST.**<br>**AGUADA PR 00602** | | | **IMPRENTA** | | | | 1,312.00 |
| ACCOUNT NO.<br><br>**RANDOX**<br>**PO BOX 29029**<br>**PMB NO. 590**<br>**SAN JUAN PR 00929-0029** | | | **SUPPLY** | | | | 1,515.85 |
| ACCOUNT NO.<br><br>**SIEMEMENS MEDICAL SOLUTIONS**<br>**DEPT. AT 40065**<br>**ATLANTA, GA 31192-0065** | | | **SUPPLY** | | | | 4,657.77 |

Sheet no. _10_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   **$**       **8,480.62**

Total   ➤   **$**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __AGUADA COMMUNITY CLINIC__        Case No. _____

                 Debtor                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SIEMENS HEALTHCARE DIAGNOSTICS INC. GLASGOW SITE - MBX 530 PO BOX 6101 NEWARK, DE 19714-6101 | | | SUPPLY | | | | 75,763.38 |
| ACCOUNT NO. <br><br> SONOLUCENTS LABORATORIES PO BOX 10401 PONCE PR 00732 | | | OBRAS | | | | 3,040.00 |
| ACCOUNT NO. <br><br> SPOT ON HOLD BOX 1836 MAYAGUEZ PR 00681 | | | MAINTENANCE TELEPHONE | | | | 479.60 |
| ACCOUNT NO. <br><br> SR MEDICAL WASTE DISPOSAL INC COM LAS FLORES CALLE MARGINAL BZN. 9 AGUADA PR 00602 | | | DESPERDICIOS | | | | 2,800.00 |
| ACCOUNT NO. <br><br> SUNSET IMAGING 975 AVE HOSTOS MAYAGUEZ MALL SUITE 12220 MAYAGUEZ PR 00680-1257 | | | RADIOGRAPHY LECTURE | | | | 1,520.00 |

Sheet no. 11 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $      83,602.98

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **AGUADA COMMUNITY CLINIC**                          Case No. _____
               Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SUNSET PRINTING**<br>**APARTADO 697**<br>**QUEBRADILLAS PR 00678** | | | **IMPRENTA** | | | | 4,175.00 |
| ACCOUNT NO.<br><br>**SYNES CORP**<br>**PO BOX 5080  SUITE 184**<br>**AGUADILLA PR  00605** | | | **ALARMS** | | | | 1,880.00 |
| ACCOUNT NO.<br><br>**UMECO INC**<br>**PO BOX 21536**<br>**SAN JUAN PR  00928** | | | **SUPPLY** | | | | 6,489.78 |
| ACCOUNT NO.<br><br>**VELAZQUEZ & CO.**<br>**PMB 394 PO BOX 80000**<br>**ISABELA PR  00662** | | | **CPA** | | | | 7,992.19 |
| ACCOUNT NO.<br><br>**WESCOM INC**<br>**PO BOX 6464**<br>**MAYAGUEZ PR  00681-6464** | | | **TELECOMUNICATIONS SERVICES** | | | | 974.20 |

Sheet no. _12_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  21,511.17

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __AGUADA COMMUNITY CLINIC__      Case No. _____
            Debtor                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **WEST POWER SOLUTIONS** <br> **3034 AVDA HOSTOS** <br> **MAYAGUEZ PR 00682** | | | **ELECTRIC PLANT** | | | | 150.00 |
| ACCOUNT NO. <br><br> **WESTERN AIR CONDITIONING** <br> **AVDA NATIVO ALERS** <br> **AGUADA PR 00602** | | | **AIR CONDITIONER** | | | | 250.00 |
| ACCOUNT NO. <br><br> **WORD NET** <br> **CENTRO INTERNATIONAL MERCADEO 90** <br> **CARRETERA 165 SUITES 201-02** <br> **GUAYNABO PR 00968-8059** | | | **INTERNET SERVICES** | | | | 1,650.60 |

Sheet no. _13_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     **2,050.60**

Total  ➤  $     **2,244,802.44**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **AGUADA COMMUNITY CLINIC** _____ ,          Case No. _____
                                  Debtor                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ABBOTT LABORATORIES PR**<br>**PO BOX 70101**<br>**SAN JUAN PR  00936-8101** | **LABORATORIES SERVICES** |
| **ABREU'S AIR CONDITIONING**<br>**PO BOX 1334**<br>**ISABELA PR  00662** | **MAINTENANCE AIR** |
| **AGUADA EXTERMINATING SERVICE**<br>**PO BOX 661**<br>**AGUADA PR  00602** | **EXTERMINATING** |
| **AMSADEELL 1998, INC.**<br>**1429 PAZ GRANEL AVE.**<br>**URB SANTIAGO IGLESIAS**<br>**SAN JUAN PR** | **INVOICES** |
| **BMET MEDICAL EQUIPMEMT SERVICES**<br>**HC 02 BOX 5204**<br>**PENUELAS PR  00624** | **MAINTENANCE** |
| **BORSCHOW HOSPITAL & MEDICAL SUPPLIE**<br>**PO BOX 366211**<br>**SAN JUAN PR  00936-6211** | **PRODUCTS DISTRIBUTIONS** |
| **CARIBBEAN MEDICAL TESTING CENTER**<br>**PO BOX 192071**<br>**SAN JUAN PR  00919-2071** | **LABORATORIES** |
| **LABORATORIO CLINICO TOLEDO INC.**<br>**CALLE PALMA #51**<br>**ARECIBI PR  00612** | **SERVICES** |

B6G (Official Form 6G) (12/07) -Cont.

In re:   <u>AGUADA COMMUNITY CLINIC</u>                    ,   Case No.   _____
                        **Debtor**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **MAFRE PRAICO**<br>**PO BOX 70333**<br>**SAN JUAN PR  00936-8333** | **INSURANCES** |
| **MORENO COMPUTER CONSULTANTS**<br>**21 GEORGETTI**<br>**BARCELONETA PR  00617** | **EQUIPMENT** |
| **NORTHWEST SECURITY MANAGEMENT INC.**<br>**URB VILLA DEL REY III**<br>**#3 A-3 CALLE SAVOYA**<br>**CAGUAS PR  00725** | **SECURITY HOSPITAL** |
| **SONOLUSCENS LABORATORIES**<br>**PO BOX 10401**<br>**PONCE PR  00732** | **RADIOLOGY SERVICES** |
| **SPOT ON HOLD**<br>**BOX 1836**<br>**MAYAGUEZ PR  00681** | **TELECOMUNICATION SERVICES** |
| **SR MEDICAL WASTE DISPOSAL INC.**<br>**URB LAS FLORES**<br>**CALLE MARGARITA**<br>**BOX 9**<br>**AGUADA PR  00602** | **MAINTENANCE** |
| **SUNSET IMAGING, PSC**<br>**975 HOSTOS AVE**<br>**MAYAGUEZ MALL ST. 12220**<br>**MAYAGUEZ PR  00680-1257** | **PROFESIONAL SERVICES** |
| **WEST POWER SOLUTIONS**<br>**3034 HOSTOS AVE.**<br>**AGUADA PR  00602** | **MAINTENANCE ELECTRIC PLANT** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **AGUADA COMMUNITY CLINIC**                                    Case No.  _____
                                    Debtor                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **WORLDNET**<br>**CENTRO INTERNACIONAL DE MERCADEO**<br>**SUITE 201-202**<br>**GUAYNABO PR  00980** | **INTERNET SERVICES** |

**Official Form 6 - Declaration (10/06)**

In re  **AGUADA COMMUNITY CLINIC**
_____
                    **Debtor**

Case No. _____
                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I **DR. EDGARD BAUCAGE**, the **PRESIDENT** of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **12** sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____
                    DR. EDGARD BAUCAGE PRESIDENT

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

In re: **AGUADA COMMUNITY CLINIC**

Debtor

Case No.
Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept      $     **2,500.00**

   Prior to the filing of this statement I have received      $     **0.00**

   Balance Due      $     **2,500.00**

2. The source of compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
   of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
   my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
   attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
      a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**F. DAVID GODREAU ZAYAS, Bar No. 123207**

**LATIMER, BIAGGI, RACHID & GODREAU**
Attorney for Debtor(s)

## United States Bankruptcy Court

### District of Puerto Rico

In re:

Case No. _ _____
Chapter    7

**AGUADA COMMUNITY CLINIC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **DR. EDGARD BAUCAGE GARCIA**, declare under penalty of perjury that I am the  of **AGUADA COMMUNITY CLINIC,** a   Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **DR. EDGARD BAUCAGE**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **DR. EDGARD BAUCAGE**, **PRESIDENT** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **DR. EDGARD BAUCAGE**, **PRESIDENT** of this Corporation, is authorized and directed to employ **F. DAVID GODREAU ZAYAS**, attorney and the law firm of **LAMITER, BIAGGI, RACHID & GODREAU** to represent the Corporation in such bankruptcy case."

Executed on:  _____

Signed: _____
**DR. EDGARD BAUCAGE GARCIA**



## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE ESTADO
## SAN JUAN PUERTO RICO

Yo, **FERNANDO J. BONILLA**, Secretario de Estado del Departamento de Estado del Estado Libre Asociado de Puerto Rico.

**CERTIFICO:** Que **"AGUADA COMMUNITY CLINIC INC."** número de registro **112,365** es una corporación **con** fines de lucro organizada bajo las leyes de Puerto Rico el **13 de abril de 2000 a las 3:05 p.m.**

Esta certificación no implica que esta corporación haya cumplido con el requisito de radicar informes anuales contenidos en el Artículo 15.01 de la Ley General de Corporaciones. Si usted interesa saber si esta corporación ha rendido informes, deberá solicitar una Certificación de Cumplimiento ("Good Standing").

**EN TESTIMONIO DE LO CUAL**, firmo la presente y estampo en ella el Gran Sello del Estado Libre Asociado de Puerto Rico, en la Ciudad de San Juan, hoy **2 de agosto de dos mil siete.**

**FERNANDO J. BONILLA**
Secretario de Estado

**0457538**
**FJB/rsr**

# Aguada Community Clinic, Inc.

Calle Colón # 106, Aguada, PR 00602; Tel. (787) 868-200 ; Fax. 252-8 17

## **RESOLUCIÓN CORPORATIVA**

Lunes 3 de agosto de 2009

En el día de hoy, reunida la Junta de Directores de Aguada Community Clinic, Inc., en la oficina del doctor Carlos Muñiz Molinero en la ciudad de Aguada, Puerto Rico y habiendo quórum, se determina mediante el voto unánime de los miembros de la misma, que:

1) La Junta de Directores de Aguada Community Clinic, Inc., autoriza al licenciado Godreau, del bufete Latimer, Biagi, Rachid & Godreau, a radicar recurso de quiebra o liquidación de Aguada Community Clinic, Inc., ante el Tribunal de Quiebras.

2) Dicha radicación debe ser efectuada con la mayor premura y sin dilación, en el menor término de tiempo posible.

3) Que se le suministrará al licenciado Godreau toda la documentación y/o información requerida por éste a los fines de proceder con y facilitar la radicación de dicho recurso de quiebra.

Para que así conste, se aprueban y ratifican los artículos arriba señalados en testimonio de lo cual firmamos la presente Resolución Corporativa, en Aguada, Puerto Rico, a los tres (3) días del mes de agosto del año dos mil nueve (2009).

_____
Eric M. Torres Acevedo, MD

_____
José E. Colón Rivera, MD

_____
Edgar Baucage García, MD

_____
Carlos Muñiz Molinero, MD

*Sello Corporativo*

AAA
PO BOX 70101
SAN JUAN, PR 00936-8101

ABBOT LABORATORIES PR
PO BOX 46706
CAROLINA PR 00984

ABBOTT LABORATORIES PR
PO BOX 70101
SAN JUAN PR 00936-8101

ABREU'S AIR CONDITIONING
PO BOX 1334
ISABELA PR 00662

ABREU'S AIR CONDITIONING
PO BOX 1334
SAN JUAN PR 00662

ADP
3350 SW 148TH AVE
MIRAMAR, FL 33027

ADVANCED OFFICE SUPPLIES
PO BOX 3787
AGUADILLA, PR 00605

AEE DE PR
PO BOX 363508
SAN JUAN PR 00936-3508

AGUADA EXTERMINATING
HC-57 BOX 9987-25
AGUADA PR 00602

AGUADA EXTERMINATING
SERVICE
PO BOX 661
AGUADA PR 00602

AGUSTIN HERNANDEZ SOTO
CALLE JESUS RAMOS 424
MOCA PR 00676

AIDA RODRIGUEZ CORTES
HC 59 BOX 6255
AGUADA PR 00602

ALPHA BIOMEDICAL INC.
PO BOX 670
CAGUAS PR 00726

AMASADEEL INC
URB LAS LOMAS U-3
CARR 21 T-5
SAN JUAN PR 00921

AMSADEELL 1998, INC.
1429 PAZ GRANEL AVE.
URB SANTIAGO IGLESIAS
SAN JUAN PR

ANNETTE CARDONA COLON
PO BOX 705
AGUADA PR 00602

BANCO POPULAR PR
PO BOX 70354
SAN JUAN PR 00936-8354

BANCO POPULAR PR
PO BOX 70354
SAN JUAN PR 00936-8354

BMET MEDICAL EQUIPMEMT
SERVICES
HC 02 BOX 5204
PENUELAS PR 00624

BMET MEDICAL EQUIPMENT
SERVICES
807 MUNOZ RIVERA ST.
PENUELAS PR 00624

BORSCHOW HOSPITAL &
MEDICAL SUPPLIE
PO BOX 366211
SAN JUAN PR 00936-6211

BORSHOW HOSPITAL &
MEDICAL SUPPLIES
PO BOX 366211
GENERAL POST OFFICE
SAN JUAN PR 00936-6211

BRENDA HERNANDEZ LOPEZ
PO BOX 4969
AGUADILLA PR 00605

CABAN ELECTRICAL SERVICES
JOSE L. CABAN
HC-01 BOX 9627
SAN SEBASTIAN , PR 00685

CARIBBEAN MEDICAL TESTING
(CMT)
PO BOX 192071
SAN JUAN PR 00919-2071

CARIBBEAN MEDICAL TESTING
CENTER
PO BOX 192071
SAN JUAN PR 00919-2071

CARLO ALERS, MD
HC 03 BOX 29610
AGUADA PR 00602

CARMEN M. GUZMAN VADI
CALLE SAN FRANCISCO #228
AGUADA PR 00602

CARMEN VERA DELGADO
COMUNIDAD LAS FLORES
BUXON 29 CALLE ALELI
AGUADA PR 00602

CENTENNIAL DE PR
PO BOX 192071
SAN JUAN PR 00936-8614

CLARIBEL PEREZ ECHEVARIA
HC 56 BOX 4662
BARRIO NARANJO
AGUADA PR 00602

CLENDO REFERENCE
LABORATORY
PO BOX 549
BAYAMON PR 00960

COOP AHORRO Y CREDITO
AGUADA
PO BOX 543
AGUADA PR 00602

CORP FONDO DEL SEGURO DE
ESTADO
PO BOX 336
AGUADILLA PR 00605

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387

CUESTSY BONILLA GARCIA
RR 02 BOX 4630
BARRIO QUEBRADA LARGA
ANASCO PR 00610

DAMARIS ROMAN MUNUZ
APARTADO 1445
RINCON PR 00677

DAMARIS RUBIO LOPEZ
URB ISABEL LA CATOLICA C-1 B8
AGUADA PR 00602

DANIEL ALVAREZ RIVERA
SECTOR EL COBO
AGUADILLA PR 00603

DANNY ACEVEDO CRESPO
PO BOX 1071
AGUADA PR 00602

DEPARTAMENTO DEL TRABAJO
500 MUNOZ RIVERA AVE
FLOOR 9
SAN JUAN PR 00918

DEPT. OF TREASURY
BOX 442 CENTRO
GUBERNAMENTAL 7 PISO
AGUADILLA PR 00603

DIANA E SANTIAGO ROSARIO
BARRIO COSTO PASTILLO #3
ISABELA PR 00662

DIANA RAMIREZ GALLOZA
HC 04 BOX 44867
AGUADILLA PR 00603

DIEGO CANABAL
PO BOX 286
ISABELA PR 00662

DISCOUNT GENERICS
PO BOX 366937
SAN JUAN, PR 00936-6937

DR. MARINI
PO BOX 5218
AGUADILLA, PR 00605

DRUGS UNLIMITED INC
PO BOX 11797
SAN JUAN PR 00910-2897

EDGAR ROMAN MEDINA
HC 04 BOX 45715
AGUADILLA PR 00603

ELLIOT ACEVEDO SOTO
HC-02 BOX 11916
MOCA PR 00676

ERICK SANTIAGO, MD
PO BOX 1315
RINCON PR 00677

EUROBANK
c/o SRA. BEATRIZ RECONDO
PO BOX 191009
SAN JUAN PR 00919-1009

EVELYN MUNUZ SANTI
URB EXT. JARDINES DE AGUADA
E3 BUZON 15
AGUADA PR 00602

F. BARAGANO INC.
PO BOX 364421
SAN JUAN PR 00936-4421

FELIX RIVERA JUSINO
PO BOX 1510
AGUADA PR 00602

FERRETERIA CESAR
HC- 05 BOX 57550
AGUADILLA PR 00603-9588

FLOR M. MORALES BONET
BOX 1276
AGUADA PR 00602

GALLOZA PEST CONTROL
BO. JAGUEY CARR. 411
AGUADA, PR 00602

GE HEALTHCARE
792 SAN PATRICIO AVE
SAN JUAN PR 00928

GENTECH BIOMEDICAL INC
PO BOX 192438
SAN JUAN PR 00919-2438

GLADYS VARGAS CAPELLA
CALLE A 145 RAMEY
AGUADILLA PR 00603

GLENDA I TRAVERSO MENDOZA
HC 03 BOX 29820
AGUADA PR 00602

GRISEL M TERRON HERNANDEZ
HC 03 BOX 18408
QUEBRADILLAS PR 00678

HECTOR GALLOZA GONZALEZ
URB. SAN FRANCISCO
AGUADA  PR 00602

HEIDY LOPEZ NIEVES
PO BOX 1151
AGUADA PR 00602

HENRY SHEIN
BOX 371952
PITTSBURGH, PA 15250-7952

HENRY SHEIN
PO BOX 70101
SAN JUAN PR  00936-8101

HILDA SOTO BENIQUEZ
HC 03 BOX 32110
AGUSDA PR 00602

INTERNATIONAL MANAGEMENT
CARE
1870  A  SAN ANTONIO ST.
SAN JUAN PR  00909

SUNSET PRINTING
APARTADO 697
QUEBRADILLAS PR 00678

WEST POWER SOLUTIONS
3034 AVDA HOSTOS
MAYAGUEZ PR  00682

WESTERN AIR CONDITIONING
AVDA NATIVO ALERS
AGUADA PR  00602

IRS
MERCANTIL PLAZA BLDG.
SUITE 904 STOP 12 1/2
POCE DE LEON AVE.
SAN JUAN PR  00918

IRS
PHILADELPHIA PA 19255

IVETTE LOPEZ ACEVEDO
ALTURAS DE AGUADA  D-18
AGUADA PR 00602

JAIME SANCHEZ PONCE
PO BOX 733
AGUADAILLA 00605

JAVIER E. CARLO HIDALGO
SANTIAGO IGLESIAS 9
MAYAGUEZ PR  00685

JEANNETTE FELICIANO
FIGUEROA
CALLE SAN NARCISO #228
AGUADA PR 00602

JESUS NIEVES ALONSO
MMB 92 CALLE PROGRESO 14
 AGUADILLA PR 00676

JESUS YAPOR FADUL, MD
PO BOX 1567
MOCA PR  00676

JORGE ROMAN, MD
PO BOX 56
AGUADA PR

JUAN CRUZ
URB MONTEMAR #16
AGUADA PR 00602

JUAN M. GONZALEZ, MD
PO BOX 1807
RINCON PR 00677

JUDITH M. MEDINA DAVILA
HC 57 BOX 15660
AGUADA PR 00602

KATHIRIA E. RIVERA MORALES
URB ALTURAS C-3
AGUADA PR  00602

LAB TOLEDO
CALLE PALMA #51
ARECIBO PR  00612

LAB WAREHOUSE INC
65 INF. ESQ. CONCORDIA
LAJAS PR  00667

LABORATORIO CLINICA TOLEDO
51 PALMA ST.
ARECIBO PR  00602

LABORATORIO CLINICO TOLEDO
INC.
CALLE PALMA #51
ARECIBI PR  00612

LEGNA L. HERNANEZ MUNIZ
URB LA MOMSERRATE
CALEL DEL PILAR #453
MOCA PR   00676

LESME VALENTIN GUILLET
HC 57 BOX 9506
AGUADA PR 00602

LIDA BAUCAGE, MD
PO BOX 1226
MOCA PR 00676

LIFE IMAGING
PMB 074 PO BOX 8901
HATILLO PR 00659-8901

LILIBETH FIGUEROA LOPEZ
HC-4 BOX 16487
MOCA PR 00676

MADELINE CAMPOS COLON
B 27 AVE. RUIZ ROSA
SAN SEBASTIAN PR 00685

MADELINE VALENTIN CHICO
PO BOX 1154
ANASCO PR 00602

MAFRE PRAICO
PO BOX 70333
SAN JUAN PR 00936-8333

MALLINCKRODT (TYCO HEALTH
CARE)
GPO BOX 71416
SAN JUAN PR 00936-1416

MARGARITA ACEVEDO LOPEZ
HC 01 BOX 6861
MOCA PR 00676

MARIBEL RIVERA TORRES
HC 04 BOX 47782
BARRIO QUERADO
MAYAGUEZ PR 00680

MARIBETH JIMENEZ CORTES
HC 59 BOX 5344
AGUADA PR 00602

MASS
PO BOX 397
MANATI PR 00674

MICHAEL RODRIGUEZ
GONZALEZ
HC 05 BOX 50045
AGUADILLA PR 00603-9517

MILLIPORE CORP. PR BRANCH
2855 PAYSPHERE CIRCLE
CHICAGO, IL 60674

MIRIANM PADIN SANTIAGO
SECTOR HOYO FRIO 102
AGUADA PR 00602

MM PALACIOS
COND LA COLUNA APT. 802
2023 CARR 177
GUAYNABO PR 00969-5164

MONSERRATE MENDEZ AGRONT
APARTADO 1700
AGUADA PR 00602

MORENO COMPUTER
CONSULTANTS
21 GEORGETTI
BARCELONETA PR 00617

MORENO COMPUTER
CONSULTANTS
21 GEORGETTI
BARCELONETA PR 00617

MULTI DIAGNOSTIC MODALITIES
28353 CONNIE COURT
CANYON COUNTRY, CA 91351

MYRIAN BONILLA RIOS
HC 56 BOX 4423
AGUADA PR 00602

MYRNA SANCHEZ VAZQUEZ
HC 56 BOX 34760
AGUADA PR 00602

NIPRO MEDICAL
PO BOX 810263
CAROLINA PR 00981-0263

NITZA L. BENIQUEZ CORCHADO
664 CARR 112
ISABELAS PR 00662

NORTH WEST SECURITY
MANAGEMENT
PO BOX 865
AGUADA PR 00602

NORTHWEST SECURITY
MANAGEMENT INC.
URB VILLA DEL REY III
#3 A-3 CALLE SAVOYA
CAGUAS PR 00725

NYDIA CABALLERO LOZANO
CALLE 7 #730 A
AGUADILLA PR 00603

NYDIA I CHAPARRO GUERRA
PO BOX 5000
SUITE 117
AGUADA PR 00602

OSCAR LOPEZ LOPEZ
BOX 883
AGUADA PR 00602

PR FLOORS SERVICE INC
URB RADIOVILLE
AVE RAFAEL COLON CASTRO #4
ARECIBO PR 00612

PRAXAIR PUERTO RICO
PO BOX 70372
SAN JUAN PR 00936-8352

PROVIDENCIA ORFILA
HC 03 BOX 34393
AGUADA PR 00602

PUERTAS Y VENTANAS LOPEZ
CARR. 115 KM 26.5
BO. TABONAL
AGUADA PR 00602

Q&S POWER SYSTEMS INC.
MSC 924
SUITE 500
AGUADA PR 00602

QUANTUM PRODUCTS
PO BOX 16451
IRVINE, CA 92623

QUICK PRINTING
105 COLON ST.
AGUADA PR 00602

RANDOX
PO BOX 29029
PMB NO. 590
SAN JUAN PR 00929-0029

RAUL NIEVES RODRIGUEZ
URB LAS AMERICAS
CALLE BRASIL #15
AGUADILLA PR 00676

ROSA M VARGAS SOTO
HC 58 BOX 12310
AGUADA PR 00602

ROSA PAGAN VARGAS
PO BOX 4623
AGUADILLA PR 00605

RUTILIO HERNANDEZ, MD
PO BOX 3613
AGUADILLA PR 00605

SANDRA C. BAUCAGE PEREZ
HC 02 BOX 18765
SAN SEBASTIAN PR 00685

SIEMEMENS MEDICAL
SOLUTIONS
DEPT. AT 40065
ATLANTA, GA 31192-0065

SIEMENS HEALTHCARE
DIAGNOSTICS INC.
GLASGOW SITE - MBX 530
PO BOX 6101
NEWARK, DE 19714-6101

SONIA FIGUEROA FELICIANO
GUANAJIBO GARDENS, 407
ENRIQUE SEDA
MAYAGUEZ PR 00682-1383
SR MEDICAL WASTE DISPOSAL
INC

SONOLUCENTS LABORATORIES
PO BOX 10401
PONCE PR 00732

SPOT ON HOLD
BOX 1836
MAYAGUEZ PR 00681

COM LAS FLORES
CALLE MARGINAL BZN. 9
AGUADA PR 00602

SR MEDICAL WASTE DISPOSAL
URB LAS FLORES
CALLE MARGARITA
BOX 9
AGUADA PR 00602

SUNSET IMAGING
975 AVE HOSTOS
MAYAGUEZ MALL
SUITE 12220
MAYAGUEZ PR 00680-1257

SUNSET IMAGING, PSC
975 HOSTOS AVE
MAYAGUEZ MALL ST. 12220
MAYAGUEZ PR 00680-1257

SYNES CORP
PO BOX 5080 SUITE 184
AGUADILLA PR 00605

UMECO INC
PO BOX 21536
SAN JUAN PR 00928

VANESSA TORRES VARGAS
HC 09 BOX 97103
SAN SEBASTIAN PR 00685

VELAZQUEZ & CO.
PMB 394 PO BOX 80000
ISABELA PR 00662

WALDEMAR VALENTIN CARO
PO BOX 859
AGUADA PR 00602

WANDA BOURDON ROMAN
PO BOX 4148
AGUADILLA PR 00605

WANDA I CABAN FELICIANO
HC 59 BOX 5188
AGUADA PR 00602

WANDALIZ GONZALEZ
HC-05 BOX 10395
MOCA PR 00676

WESCOM INC
PO BOX 6464
MAYAGUEZ PR 00681-6464

WEST POWER SOLUTIONS
3034 HOSTOS AVE.
AGUADA PR  00602

WORD NET
CENTRO INTERNATIONAL
MERCADEO 90
CARRETERA 165 SUITES 201-02
GUAYNABO PR  00968-8059

YAMIRA DEL C. LUGO ROSARIO
EXT. EL PRADO 81
AGUADILLA 00767

YESENIA ACEVEDO QUILES
HC 07 BOX 71633
SAN SEBASTIAN PR 00685

ZAIDA RAMOS GONZALEZ
PO BOX 143
BARRIO PIEDRAS BLANCAS
AGUADA PR 00602

ZOBEIDA CRESPO
CALLE SAN FRANCISCO #228
AGUADA PR  00602

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re: **AGUADA COMMUNITY CLINIC**

Case No. _____

**Debtor**

Chapter ___7_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____
**F. DAVID GODREAU ZAYAS**
Attorney for Debtor(s)
Bar no.:          **123207**
**LAMITER, BIAGGI, RACHID & GODREAU**
**PO BOX 9022512**
**SAN JUAN PT 00902-2512**
Telephone No.:    **(787)724-0230**
Fax No.:          **(787)724-9171**
E-mail address:

Signed: _____
**DR. EDGARD BAUCAGE**