UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | ) | | |
|---|---|---|---|
| AGUADA COMMUNITY CLINIC | ) | 09-07551 | -ESL |
| EIN: 66-0582782 | ) | Chapter 7 | |
| DBA CLINICA SAN FRANCISCO DE | ) | | |
| | ) | | |
| Debtor(s). | ) | | |

## TRUSTEE INTERIM REPORT

The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the twelve month reporting period ending 06/30/2010. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property): This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs. Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values: Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets. Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs: Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment. This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset. Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Abandoned: If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset. An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a). An entry of "DA" indicates that the property will be abandoned at closing of the case under 11 U.S.C. 554 (c).

Column 5: Sales/Funds Received by the Estate: Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets: When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6. For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value. Actual liquidation value may differ as a result of market conditions at the time of sale. Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information: Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: August 17, 2010           Respectfully Submitted,

/s/ WIGBERTO LUGO-MENDER

WIGBERTO LUGO-MENDER, Chapter 7 Trustee
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR  00968
787-707-0404/ Fax 787-707-0412
E-Mail: wlugo@ecf.epiqsystems.com

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 09-07551 ESL Judge: ENRIQUE S. LAMOUTTE | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|
| Case Name: | AGUADA COMMUNITY CLINIC | Date Filed (f) or Converted (c): | 09/08/09 (f) |
| | DBA CLINICA SAN FRANCISCO DE AGUADA | 341(a) Meeting Date: | 10/07/09 |
| For Period Ending: 06/30/10 | | Claims Bar Date: | 03/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Land and building located at 106 Colon St on Aguada | 4,000,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Land and building located at Colon St on Aguada | 500,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Commercial property located at Colon St on Aguada | 500,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Licenses Listed zero balance at filing this petition | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. Prepaid Taxes | 188,433.00 | 188,433.00 | | 0.00 | 188,433.00 |
| 7. Machinery and Supplies | 431,257.00 | 431,257.00 | | 0.00 | 431,257.00 |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 121.21 | Unknown |
| 9. Rent (u) | 0.00 | Unknown | | 352.24 | Unknown |
| 10. Accounts Receivable (u) | 0.00 | 0.00 | | 172.48 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $5,619,690.00     $619,690.00     $645.93     $619,690.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee still in the process liquidating estate assets  Objection to claims and closing dependt of this process.

Potential buyer made an offer for this property

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 09/30/11

LFORM1

Ver: 15.10d

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| | | | | |
|---|---|---|---|---|
| Case No: | 09-07551   ESL   Judge: ENRIQUE S. LAMOUTTE | | Trustee Name: | WIGBERTO LUGO-MENDER |
| Case Name: | AGUADA COMMUNITY CLINIC | | Date Filed (f) or Converted (c): | 09/08/09 (f) |
| | DBA CLINICA SAN FRANCISCO DE AGUADA | | 341(a) Meeting Date: | 10/07/09 |
| | | | Claims Bar Date: | 03/09/10 |

    /s/    WIGBERTO LUGO-MENDER

_____ Date: 08/17/10

WIGBERTO LUGO-MENDER

CENTRO INTERNACIONAL DE MERCADEO

RD 165 TORRE I SUITE 501

GUAYNABO, PR  00968

Phone: (787) 707-0404

Email: wlugo@ecf.epiqsystems.com

LFORM1

Ver: 15.10d

FORM 2

Page:   1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         09-07551  -ESL

Case Name:    AGUADA COMMUNITY CLINIC

DBA CLINICA SAN FRANCISCO DE AGUADA

Taxpayer ID No:    *******2782

For Period Ending:  06/30/10

Trustee Name:         WIGBERTO LUGO-MENDER

Bank Name:             BANCO SANTANDER, P.R.

Account Number / CD #:    *******6119  Banco Santander, P.R. - Checking Ac

Blanket Bond (per case limit):    $    500,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   11/16/09 | 9 | Departament de Hacienda | Rent- Programa de Salud Ambiental Gobierno de Puerto Rico | 1290-000 | 327.24 | | 327.24 |
| C   11/30/09 | | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.03 | | 327.27 |
| C   12/31/09 | | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.07 | | 327.34 |
| C   01/29/10 | 8 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.07 | | 327.41 |
| C   02/26/10 | 8 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.06 | | 327.47 |
| C   03/31/10 | 8 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.08 | | 327.55 |
| C   04/09/10 | 000301 | SECRETARIO DE HACIENDA | VOUCHER CORPORATE REPORT | 2990-000 | | 100.00 | 227.55 |
| C   04/30/10 | 8 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 0.02 | | 227.57 |
| C   05/12/10 | 9 | ACAA | Collection Account Receivable balance | 1221-000 | 25.00 | | 252.57 |
| C   05/12/10 | 10 | ACAA | Collection Account Receivable balance | 1221-000 | 75.00 | | 327.57 |
| C   05/12/10 | 10 | MAPFRE | Collection Account Receivable balance | 1221-000 | 21.34 | | 348.91 |
| C   05/12/10 | 10 | TRICARE | Collection Account Receivable balance | 1221-000 | 76.14 | | 425.05 |
| C   05/28/10 | 8 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 0.03 | | 425.08 |
| C   06/30/10 | 8 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 0.04 | | 425.12 |

LFORM2T4

Ver: 15.10d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

| Case No: | 09-07551 -ESL |
|---|---|
| Case Name: | AGUADA COMMUNITY CLINIC |
| | DBA CLINICA SAN FRANCISCO DE AGUADA |
| Taxpayer ID No: | *******2782 |
| For Period Ending: | 06/30/10 |

| Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|
| Bank Name: | BANCO SANTANDER, P.R. |
| Account Number / CD #: | *******6119  Banco Santander, P.R. - Checking Ac |
| | |
| Blanket Bond (per case limit): | $   500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account   *******6119 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| 5 | | | Deposits | 524.72 | 1 | Checks | 100.00 |
| 8 | | | Interest Postings | 0.40 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $   525.12 | | | |
| | | | | | | Total | $   100.00 |
| 0 | | | Adjustments In | 0.00 | | | |
| 0 | | | Transfers In | 0.00 | | | |
| | | | Total | $   525.12 | | | |

LFORM2T4

Ver: 15.10d

FORM 2                                                                                                                    Page:    3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-07551  -ESL | |
| Case Name: | AGUADA COMMUNITY CLINIC | |
| | DBA CLINICA SAN FRANCISCO DE AGUADA | |
| Taxpayer ID No: | *******2782 | |
| For Period Ending: | 06/30/10 | |

| | |
|---|---|
| Trustee Name: | WIGBERTO LUGO-MENDER |
| Bank Name: | BANCO SANTANDER, P.R. |
| Account Number / CD #: | *******6593  Banco Santander, P.R. - Checking Ac |
| Blanket Bond (per case limit): | $    500,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 01/22/10 | | Health Care Services Adm Inc | Good faith deposit to purchase commercial property | 1110-000 | 40,000.00 | | 40,000.00 |
| C | 01/29/10 | 8 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | 2.46 | | 40,002.46 |
| C | 02/26/10 | 8 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | 22.95 | | 40,025.41 |
| * C | 03/15/10 | | Banco Santander | Reverse due to data entry error | 2990-003 | 0.24 | | 40,025.65 |
| * C | 03/15/10 | | Reverses Adjustment IN on 03/15/10 | Assessment fee | 2990-003 | -0.24 | | 40,025.41 |
| * C | 03/15/10 | | Banco Santander | Assessment fee | 2990-003 | | 0.24 | 40,025.17 |
| | | | | March 15, 2010, 02:33 received bank statement-request to reverse this entry was sent to Santander Bank | | | | |
| * C | 03/15/10 | | Reverses Adjustment OUT on 03/15/10 | Assessment fee | 2990-003 | | -0.24 | 40,025.41 |
| C | 03/31/10 | 8 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | 27.07 | | 40,052.48 |
| C | 04/28/10 | 001000 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo Rd #165 Torre 1 Suite 501 Guaynabo, PR 00968 | As per Court Order entered on April 28, 2010 [Reimbursed expenses] | 2200-000 | | 4,361.35 | 35,691.13 |
| C | 04/30/10 | 8 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | 24.44 | | 35,715.57 |
| C | 05/28/10 | 8 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | 20.49 | | 35,736.06 |
| C | 06/17/10 | 001001 | CORPORACION DEL FONDO DEL SEGURO DEL ESTADO | PRIMA POLIZA LIMPIEZA DE AREAS VERDES | 2990-000 | | 65.00 | 35,671.06 |
| C | 06/21/10 | 001002 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo Rd #165 Torre 1 Suite 501 Guaynabo, PR 00968 | As per Court Order entered on June 18, 2010 [Reimbursed expenses] | 2200-000 | | 2,033.47 | 33,637.59 |
| C | 06/21/10 | 001003 | JOSE MORENO  VELEZ | REPAIRS AND CLEANING SERVICES | 2990-000 | | 500.00 | 33,137.59 |
| C | 06/23/10 | 001004 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo Rd #165 Torre 1 Suite 501 Guaynabo, PR 00968 | As per Court Order entered on June 22, 2010 [Reimbursed expenses] | 2200-000 | | 932.43 | 32,205.16 |
| C | 06/30/10 | 8 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | 23.50 | | 32,228.66 |

LFORM2T4

Ver: 15.10d

**FORM 2**

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-07551  -ESL
Case Name:      AGUADA COMMUNITY CLINIC
                DBA CLINICA SAN FRANCISCO DE AGUADA
Taxpayer ID No: *******2782
For Period Ending: 06/30/10

Trustee Name:             WIGBERTO LUGO-MENDER
Bank Name:                BANCO SANTANDER, P.R.
Account Number / CD #:    *******6593  Banco Santander, P.R. - Checking Ac

Blanket Bond (per case limit):   $   500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account  *******6593

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 40,000.00 | 5 | Checks | | 7,892.25 |
| 6 | Interest Postings | 120.91 | 2 | Adjustments Out | | 0.00 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $   40,120.91 | | | | |
| | | | | Total | $ | 7,892.25 |
| 2 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $   40,120.91 | | | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 6 | Deposits | 40,524.72 | 6 | Checks | | 7,992.25 |
| 14 | Interest Postings | 121.31 | 2 | Adjustments Out | | 0.00 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $   40,646.03 | | | | |
| | | | | Total | $ | 7,992.25 |
| 2 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $   40,646.03 | | Net Total Balance | $ | 32,653.78 |

/s/     WIGBERTO LUGO-MENDER

Trustee's Signature: _____  Date: 08/17/10
                    WIGBERTO LUGO-MENDER

LFORM2T4

Ver: 15.10d