United States Bankruptcy Court
District of Puerto Rico

In re:                                                                  Case No. 09-07551-ESL
AGUADA COMMUNITY CLINIC                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: feijoom              Page 1 of 2           Date Rcvd: Jun 04, 2013
                              Form ID: pdf003            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db          +AGUADA COMMUNITY CLINIC,    PO BOX 592,    AGUADA, PR 00602-0592
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR  00918
cr           BORSCHOW HOSPITAL & MEDICAL SUPPLIES INC,    OSVALDO TOLEDO MARTINEZ ESQ,    PO BOX 190938,
              SAN JUAN, PR  00919-0938
r           +CENTRO CASAS SUBASTAS,    C/O HILDA BELKIS PINO,    3071 ALEJANDRINO STE250,
              GUAYNABO, PR 00969-4816
cr          +ORIENTAL BANK AND TRUST,    PO BOX 11750,   FERNANDEZ JUNCOS STATION,    SAN JUAN, PR 00910-2850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jun 04 2013 19:39:31     US TRUSTEE,   EDIFICIO OCHOA,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
cr           E-mail/Text: rudgarcia@bppr.com Jun 04 2013 19:43:10     BANCO POPULAR PR,
              MIGDALIA EFFIE GUASP ESQ,    PO BOX 362708,   SAN JUAN, PR  00936-2708
cr          +E-mail/Text: cfigueroa@crimpr.net Jun 04 2013 19:37:16     CRIM,   PO BOX 195387,
              SAN JUAN, PR  00919-5387
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2013                    Signature:  _Joseph Speetjens_

```
District/off: 0104-3          User: feijoom              Page 2 of 2                   Date Rcvd: Jun 04, 2013
                              Form ID: pdf003            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2013 at the address(es) listed below:
```
              CARMEN  PRISCILLA FIGUEROA-BELL    on behalf of Creditor    CRIM cfigueroa@crimpr.net
              FAUSTO DAVID GODREAU ZAYAS    on behalf of Debtor    AGUADA COMMUNITY CLINIC dgodreau@LBRGlaw.com,
               bankruptcy.godreau@lbrglaw.com
              MARISTELLA  SANCHEZ RODRIGUEZ    on behalf of Creditor    ORIENTAL BANK AND TRUST
               msanchez@delgadofernandez.com,    ecaban@delgadofernandez.com
              MIGDALIA  EFFIE GUASP    on behalf of Creditor    BANCO POPULAR PR megbky@bppr.com,  mguasp@bppr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NAYUAN  ZOUAIRABANI TRINIDAD    on behalf of Creditor    BANCO POPULAR PR
               nayuan.zouairabani@oneillborges.com,
               docket_clerk@oneillborges.com;vilna.cedano@oneillborges.com;luis.marini@oneillborges.com
              OSVALDO  TOLEDO MARTINEZ    on behalf of Creditor    BORSCHOW HOSPITAL & MEDICAL SUPPLIES INC
               toledo.bankruptcy@gmail.com
              WIGBERTO  LUGO MENDER    trustee@lugomender.com,    wlugo@ecf.epiqsystems.com
              WIGBERTO  LUGO MENDER    on behalf of Trustee WIGBERTO  LUGO MENDER wlugo@lugomender.com
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

**AGUADA COMMUNITY CLINIC**

XXX-XX2782

**Debtor(s)**

CASE NO. 09-07551 ESL

Chapter 7

FILED & ENTERED ON 06/04/2013

### ORDER

The trustee's petition for reimbursement of expenses less than $1,000.00 (Total: $594.15 docket entry #**188**) is hereby approved.

SO ORDERED.

In San Juan, Puerto Rico, this 04 day of June, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     FAUSTO DAVID GODREAU ZAYAS
     WIGBERTO  LUGO MENDER
     UST