*CASE NO. 09-07551-ESL7*
*CHAPTER 7*

10/27/2015

Greetings,

I will like to inform that there has been a change of address, and because of that I haven't received any notification. I found out about that there has been letters sent to me by a Co worker from Aguada Community Clinic. My last address was, HC 59 Box 5188, Aguada.

My new address is,  **HC 61 Box 5188, Aguada PR 00602,** my last four digits of Social Security are 7203. I will appreciate what you can do so I could receive my letters and inform me what's going on with the demand.

Thank You,

Sincerely,

Wanda Caban

2015 NOV -2 PM 2:40
RECEIVED AND FILED
MAIL