United States Bankruptcy Court
District of Puerto Rico

In re:  
AGUADA COMMUNITY CLINIC  
    Debtor

Case No. 09-07551-ESL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0104-3    User: machargoa    Page 1 of 1    Date Rcvd: Nov 16, 2015  
                        Form ID: otcf       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2015.
db         +AGUADA COMMUNITY CLINIC,   PO BOX 592,   AGUADA, PR 00602-0592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2015                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2015 at the address(es) listed below:
         CARMEN PRISCILLA FIGUEROA-BELL   on behalf of Creditor    CRIM cfigueroa@crimpr.net, cpfbkcy@gmail.com
         CARMEN PRISCILLA FIGUEROA-BELL   on behalf of Trustee WIGBERTO   LUGO MENDER cfigueroa@crimpr.net, cpfbkcy@gmail.com
         FAUSTO DAVID GODREAU ZAYAS   on behalf of Debtor    AGUADA COMMUNITY CLINIC dgodreau@LBRGlaw.com, bankruptcy.godreau@lbrglaw.com
         MARISTELLA   SANCHEZ RODRIGUEZ   on behalf of Creditor    ORIENTAL BANK AND TRUST msanchez@delgadofernandez.com, imaceira@delgadofernandez.com
         MIGDALIA   EFFIE GUASP   on behalf of Creditor    BANCO POPULAR PR megbky@bppr.com, migdalia.guasp@popular.com, migdalia.guasp@popular.com
         MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
         NAYUAN   ZOUAIRABANI TRINIDAD    on behalf of Creditor    BANCO POPULAR PR nayuan.zouairabani@oneillborges.com, docket_clerk@oneillborges.com;sharday.rivera@oneillborges.com;luis.marini@oneillborges.com
         OSVALDO   TOLEDO MARTINEZ    on behalf of Creditor    BORSCHOW HOSPITAL & MEDICAL SUPPLIES INC toledo.bankruptcy@gmail.com
         WIGBERTO   LUGO MENDER   on behalf of Trustee WIGBERTO   LUGO MENDER trustee@lugomender.com, wlugo@ecf.epiqsystems.com
         WIGBERTO   LUGO MENDER    on behalf of Surveyor EDDIE   GARCIA VEGA trustee@lugomender.com, wlugo@ecf.epiqsystems.com
         WIGBERTO   LUGO MENDER    trustee@lugomender.com, wlugo@ecf.epiqsystems.com
         WIGBERTO   LUGO MENDER   on behalf of Debtor    AGUADA COMMUNITY CLINIC wlugo@lugomender.com
                                                                                                          TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**AGUADA COMMUNITY CLINIC**<br>**aka CLINICA SAN FRANCISCO DE AGUADA**<br><br>**66–0582782**<br><br>Debtor(s) | Case No. **09–07551 ESL**<br><br>Chapter **7**<br><br>**FILED & ENTERED ON 11/16/15** |

### ORDER APPROVING TRUSTEE'S COMMISSION AND EXPENSES

Upon the United States Trustee's Certification of Chapter 7 Asset Final Report, due notice having been given in accordance with Rule 2002(f)(8) of the Federal Rules of Bankruptcy Procedure, and no objections having been filed, it is now

ORDERED that trustee's commission of $71000.90 and reimbursement of expenses of $217.72 for a total amount of $71218.62 contained in said report be and are hereby approved.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, November 16, 2015 .

Enrique S. Lamoutte
United States Bankruptcy Judge