**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF: : | |
| : | |
| AGUADA COMMUNITY CLINIC : | CASE NO. 09-07551 (ESL) |
| : | |
| : | |
| Debtor(s) : | CHAPTER 7 |
| : | ASSET CASE |

## NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE

Comes now, Wigberto Lugo Mender, duly appointed trustee in the above captioned case, hereby shows the following:

1. In accordance with U.S.C. Section 347(a), payment has been stopped on all checks of the estate, which remain unpaid, as identified in Paragraph 2. The total sum of the check is $11,299.77 which has been deposited with the Court for disposition pursuant to 28 U.S.C Section 2041 et. Seg.

2. Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity who final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Claim # | Name & Address of Claimant | Dividend Amount |
|---|---|---|
| 18 | CARLOS MAX ALERS LOPEZ<br>HC 60 BOX 29160<br>AGUADA PR 00602 | $498.10 |
| 25 | JUAN M GONZALEZ BERNAL MD<br>PO BOX 1807<br>RINCON PR 00677 | 5,681.47 |
| | INTERNAL REVENUE SERVICE<br>PO BOX 37941<br>HARTFORF CT 06176-7941 | 970.50 |

NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

AGUADA COMMUNITY CLINIC
CASE #09-07551 (ESL)
PAGE #2

|  | INTERNAL REVENUE SERVICE<br>PO BOX 37941<br>HARTFORF CT 06176-7941 | 4,149.7 |
|---|---|---|
|  | *Total Unclaimed Dividends:* | $11,299.77 |

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

I HEREBY CERTIFY having sent a copy of this document by first Class U.S. Mail to the U.S. Trustee's Office at their address of record.

RESPECTFULLY SUBMITTED

This 24TH day of June of 2016 in Guaynabo, Puerto Rico.

*S/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 11 TRUSTEE
Centro Internacional de Mercadeo
100 Rd #165 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADO
RD 165 TORRE I SUITE 501
GUAYNABO, PR 00968

BANCO SANTANDER P.R.
BANCA INSTITUCIONAL 977
101-234/215

**CHECK NUMBER**
**3096**

Claim 18, Payment 56.183333%

| DATE | AMOUNT |
|---|---|
| 06/16/16 | ******11,299.77 |

**CHECK IS VOID AFTER 90 DAYS**

| CASE NUMBER | DEBTOR |
|---|---|
| 09-07551   ESL | AGUADA COMMUNITY CLINIC DBA CLINICA SAN FRANCISCO DE AGUADA |

**PAY TO THE ORDER OF**

CLERK U.S. BANKRUPTCY COURT
US Post Office and Courthouse
300 Recinto Sur Room 109
San Juan PR 00901

*Eleven Thousand Two Hundred Ninety Nine Dollars And 77/100*

WIGBERTO LUGO-MENDER- CHAPTER 7 TRUSTEE
CHECK IS VOID AFTER 90 DAYS

⑈003096⑈ ⑆021502341⑆ 3004225553⑈

---

| | | | |
|---|---|---|---|
| Date: 06/16/16 | Check Number: 3096 | | Amount: 11,299.77 |

Debtor Name: AGUADA COMMUNITY CLINIC
Case Number: 09-07551     ESL

| Paid To: | CLERK U.S. BANKRUPTCY COURT<br>US Post Office and Courthouse<br>300 Recinto Sur Room 109<br>San Juan PR 00901 | WIGBERTO LUGO-MENDER<br>CENTRO INTERNACIONAL DE MERCADO<br>RD 165 TORRE I SUITE 501<br>GUAYNABO, PR 00968 |
|---|---|---|

Description:  Claim 18, Payment 56.183333%

Bank Account Number:  3004225553