```
                        United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                          Case No. 09-07551-ESL
AGUADA COMMUNITY CLINIC                                         Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0104-3         User: rosadoc              Page 1 of 1              Date Rcvd: Sep 13, 2016
                             Form ID: dt7a              Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db             +AGUADA COMMUNITY CLINIC,    PO BOX 592,    AGUADA, PR 00602-0592
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              CARMEN PRISCILLA FIGUEROA BELL    on behalf of Creditor    CRIM cfigueroa@crimpr.net,
               cpfbkcy@gmail.com
              CARMEN PRISCILLA FIGUEROA BELL    on behalf of Trustee WIGBERTO    LUGO MENDER cfigueroa@crimpr.net,
               cpfbkcy@gmail.com
              FAUSTO DAVID GODREAU ZAYAS    on behalf of Debtor    AGUADA COMMUNITY CLINIC dg@g-glawpr.com,
               zi@g-glawpr.com
              MARISTELLA SANCHEZ RODRIGUEZ    on behalf of Creditor    ORIENTAL BANK AND TRUST
               msanchez@delgadofernandez.com,   imaceira@delgadofernandez.com
              MIGDALIA EFFIE GUASP    on behalf of Creditor    BANCO POPULAR PR megbky@bppr.com,
               migdalia.guasp@popular.com,   migdalia.guasp@popular.com
              MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NAYUAN ZOUAIRABANI TRINIDAD    on behalf of Creditor    BANCO POPULAR PR
               nayuan.zouairabani@oneillborges.com,
               docket_clerk@oneillborges.com;sharday.rivera@oneillborges.com
              OSVALDO TOLEDO MARTINEZ    on behalf of Creditor    BORSCHOW HOSPITAL & MEDICAL SUPPLIES INC
               toledo.bankruptcy@gmail.com
              US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
              WIGBERTO LUGO MENDER    on behalf of Debtor    AGUADA COMMUNITY CLINIC wlugo@lugomender.com
              WIGBERTO LUGO MENDER    on behalf of Trustee WIGBERTO    LUGO MENDER trustee@lugomender.com,
               wlugo@ecf.epiqsystems.com
              WIGBERTO LUGO MENDER    on behalf of Surveyor EDDIE    GARCIA VEGA trustee@lugomender.com,
               wlugo@ecf.epiqsystems.com
              WIGBERTO LUGO MENDER    trustee@lugomender.com,   wlugo@ecf.epiqsystems.com
                                                                                               TOTAL: 13
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**AGUADA COMMUNITY CLINIC**<br>**aka CLINICA SAN FRANCISCO DE AGUADA**<br><br>**66–0582782**<br><br><br>Debtor(s) | Case No. **09–07551 ESL**<br><br>Chapter **7**<br><br><br>**FILED & ENTERED ON 9/13/16** |

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

WIGBERTO LUGO MENDER the appointed trustee in this case, has filed a final report and final account and certification that the estate has been fully administered. The United States Trustee, has reviewed and certified that the estate has been fully administered.

WHEREFORE, pursuant to 11 U.S.C. §350(a) and Fed. R. Bankr. P. 5009(a), the Trustee is discharged, his bond for this case is cancelled, and this case is closed.

In San Juan, Puerto Rico, this Tuesday, September 13, 2016 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge